**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.   12-cv-00465-WJM-MEH

JANET KIMBLE, as Parent and Legal Guardian of B.K., a minor and
TYRONE KIMBLE, as Parent and Legal Guardian of B.K., a minor and

     Plaintiffs,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,

     Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Denying Plaintiffs' Motion for Summary Judgment [ECF No. 21] and Amended Order [ECF No. 22] and entered by the Honorable William J. Martínez, United States District Judge, on February 25, 2013, it is

ORDERED that:

1. Plaintiffs' Motion for Summary Judgment (ECF No. 15) is DENIED on all claims.

2. Final Judgment is entered for Defendant and against the Plaintiff and the action and complaint are dismissed.  Each party shall bear their own attorney's fees and costs.

Dated at Denver, Colorado, this ___27th___ day of February 2013.

                                            BY THE COURT:
                                            JEFFREY P. COLWELL, CLERK

                                            By: s/ Edward P. Butler
                                            Edward P. Butler, Deputy Clerk